1  Timothy M. Frank (California Bar No. 263245)
   timothy.frank@hnbllc.com
2  Stephen M. Ferguson (*pro hac vice* to be filed)
   stephen.ferguson@hnbllc.com
3  HAGAN NOLL & BOYLE LLC
4  820 Gessner, Suite 940
   Houston, Texas 77024
5  Telephone: (713) 343-0478
   Facsimile: (713) 758-0146
6
7  David A. Van Riper (California Bar No. 128059)
   dave@vanriperlaw.com
8  VAN RIPER LAW
   1254 Irvine Blvd., Suite 200
9  Tustin, California 92780
   Telephone: (714) 731-1800
10 Facsimile: (714) 731-1811
11
   Attorneys for Plaintiff DISH Network L.L.C.
12

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| DISH NETWORK L.L.C., | Case No. |
|---|---|
| Plaintiff, | |
| v. | **EXHIBIT 2 TO PLAINTIFF'S COMPLAINT** |
| INNETRA PC, and ELNA PAULETTE BELLE, | |
| Defendants. | |

**1**                           **EXHIBIT 2 TO PLAINTIFF'S COMPLAINT**

**WORKS HAVING EPISODES NOT SUBJECT TO REGISTRATION**

| Work | Channel |
|---|---|
| El Hayah el Yom | Al Hayah 1 |
| Fill In/News | ART Aflam 1 |
| Fill In/News | ART Aflam 2 |
| Fill In/News | ART Cima |
| ATN Business & Finance | ATN Bangla |
| News Hour Xtra | ATN News |
| Flash | B4U Movies |
| Bollywood Minute | B4U Movies |
| Hadret El Omda | CBC |
| Hadret El Omda | CBC Drama |
| El Kebir | Hekayat |
| Maktoub Alaya | Hekayat |
| Arabwood | LBC |
| Aswad | LBCI |
| El Nar Bel Nar | LBCI |
| Al Arbaji | LBCI |
| Laylet Soqot Baghdad | Melody Aflam |
| Fill In/News | Melody Classic |
| Apnar Jiggasha | NTV Bangla |
| Ei Somoy | NTV Bangla |
| Ek Shobday Quran | NTV Bangla |
| Glamour World | NTV Bangla |
| Moddh Rater Khabor | NTV Bangla |
| NTV Evening News | NTV Bangla |
| Rater Khabor | NTV Bangla |
| Shashtho Protidin | NTV Bangla |
| Shironam | NTV Bangla |
| Shondhar Khabor | NTV Bangla |
| Al Rahel | Rotana America |
| Laylat Al Soqooq | Rotana America |
| Maddam Sir | SAB |
| Ghar ek Sapnaa | Sahara One |
| Haunted Nights | Sahara One |
| News Bulletin | Sahara Samay |
| Prime 9 | Sahara Samay |
| Heroine Zindagi Ke Panno Se | SET |
| India's Best Dancer | SET |
| Extraa Shots Special | SET MAX |
| The Newshour First | Times Now |
| Planet Bollywood News | Zoom |