1  Timothy M. Frank (California Bar No. 263245)
   timothy.frank@hnbllc.com
2  Stephen M. Ferguson (*pro hac vice* to be filed)
   stephen.ferguson@hnbllc.com
3  HAGAN NOLL & BOYLE LLC
4  820 Gessner, Suite 940
   Houston, Texas 77024
5  Telephone: (713) 343-0478
   Facsimile: (713) 758-0146
6
7  David A. Van Riper (California Bar No. 128059)
   dave@vanriperlaw.com
8  VAN RIPER LAW
   1254 Irvine Blvd., Suite 200
9  Tustin, California 92780
   Telephone: (714) 731-1800
10 Facsimile: (714) 731-1811

11 Attorneys for Plaintiff DISH Network L.L.C.

12
13
14
                    UNITED STATES DISTRICT COURT
15
                   NORTHERN DISTRICT OF CALIFORNIA
16
                        SAN FRANCISCO DIVISION
17
18 DISH NETWORK L.L.C.,
                                          Case No.
19           Plaintiff,
                                          **EXHIBIT 3 TO PLAINTIFF'S COMPLAINT**
20      v.
21 INNETRA PC, and
   ELNA PAULETTE BELLE,
22
23           Defendants.
24
25
26
27
28

**PIRATE SERVICES**

| Innetra IP Address[1] | URL Domain Name[2] |
|---|---|
| 5.44.253.16 | izlesstvrs.xyz, tvskor99.xyz, rs1986p.xyz |
| 5.44.253.131 | ----- (kemo) |
| 5.44.253.132 | ----- (kemo) |
| 5.44.253.135 | ----- (caliptostreams, dynasty), cdn-port.com (xtremehd, lemo, honeybee) |
| 5.44.253.136 | ----- (xtremehd, lemo) |
| 5.44.253.137 | cdn-port.com (xtremehd, lemo) |
| 5.44.253.138 | ----- (xtremehd, lemo) |
| 5.44.253.142 | ----- (xtremehd), cdn-port.com (lemo, fourklive) |
| 5.44.253.144 | ----- (xtremehd, lemo) |
| 5.44.253.146 | ----- (xtremehd) |
| 5.44.253.148 | ----- (xtremehd, lemo) |
| 5.44.253.151 | xtremeport.com (xtremehd) |
| 5.44.253.152 | ----- (xtremehd, lemo) |
| 5.44.253.163 | ----- (xtremehd, lemo) |
| 5.44.253.173 | ----- (xtremehd) |
| 5.44.253.178 | ----- (xtremehd, lemo) |
| 5.44.253.184 | ----- (lemo, dynasty) |
| 5.44.253.188 | xtremeport.com (xtremehd), lemotv.cc (lemo) |
| 5.44.253.234 | ----- (dynasty, fourklive), cdn-port.com (xtremehd, lemo, honeybee, caliptostreams, kemo) |
| 5.44.253.236 | cdn-port.com (xtremehd, lemo, honeybee, caliptostreams, kemo, dynasty, fourklive, fubo, onedollar, sling tv box, bestus) |
| 23.227.147.170 | xtremeport.com (xtremehd), honeytv.xyz (honeybee) |
| 23.227.147.172 | xtremeport.com (xtremehd), lemotv.cc (lemo), honeytv.xyz (honeybee), caliptostreams.com (caliptostreams), link4tv.me (kemo), ky-iptv.com (dynasty) |
| 181.233.124.38 | xtremeport.com (xtremehd, tv premium), lemotv.cc (lemo) |
| 181.233.124.44 | cdn-port.com (kemo, fourklive, fubo, onedollar) |
| 181.233.124.53 | xtremeport.com (xtremehd), lemotv.cc (lemo), honeytv.xyz (honeybee), caliptostreams.com (caliptostreams), link4tv.me (kemo), ky-iptv.com (dynasty, |

---

[1] IP addresses correspond with Innetra's servers and network the Pirate Services used to transmit the Works. Such IP addresses were at times masked through the use of services provided by non-party Cloudflare.

[2] URLs correspond with the Pirate Services' transmissions of the Works from Innetra's servers and network. Any domain name incorporated in the URL is identified, along with any STB that was used to access the Works.

| | | |
|---|---|---|
| | | fubo), iptvport.net (fourklive), kytv.xyz (onedollar), cdn-ky.com (bestus) |
| | 181.233.124.55 | xtremeport.com (xtremehd), lemotv.cc (lemo), honeytv.xyz (honeybee), caliptostreams.com (caliptostreams), link4tv.me (kemo), ky-iptv.com (dynasty), iptvport.net (fourklive) |
| | 181.233.124.56 | ----- (xtremehd, dynasty), cdn-port.com (lemo) |
| | 181.233.124.64 | xtremeport.com (xtremehd), lemotv.cc (lemo), caliptostreams.com (caliptostreams), link4tv.me (kemo), ky-iptv.com (dynasty, fubo), iptvport.net (fourklive), kytv.xyz (sling tv box), cdn-ky.com (bestus) |
| | 181.233.125.21 | ----- (tv premium), cdn-port.com (xtremehd, lemo, honeybee) |
| | 181.233.125.139 | cdn-port.com (lemo) |
| | 181.233.125.141 | ----- (xtremehd, caliptostreams, dynasty) |
| | 181.233.125.198 | magic-network.eu (tvbox club) |
| | ----- | noxapk2.xyz |
| | ----- | raosapk2.xyz |
| | ----- | raos.455566.xyz |