Ani Martirosian, SBN 321046
ani@toranilaw.com
TORANI LAW, P.C.
655 North Central Avenue, Floor 17
Glendale, CA 91203
Telephone: (818) 254-9555

Attorney for Defendants
INNETRA P.C. and Elna Paulette Belle

# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF CALIFORNIA
# (SAN JOSE DIVISION)

| | |
|---|---|
| DISH NETWORK L.L.C. a Colorado Limited Liability Company;<br><br>*Plaintiff,*<br><br>v.<br><br>INNETRA PC, a United Kingdom Limited Partnership; Elna Paulette Belle, an individual.<br><br>*Defendant.* | Case No. 5:25-cv-03933-NW<br><br>**JOINT STIPULATION TO EXTEND DEFENDANTS' TIME TO FILE A RESPONSIVE PLEADING; [PROPOSED] ORDER**<br><br>Judge: The Honorable District Judge Noel Wise<br><br>Complaint Filed: May 5, 2025 |

**JOINT STIPULATION DEFENDANTS' EXTENSION TO FILE A RESPONSIVE PLEADING; [PROPOSED] ORDER**

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

IT IS HEREBY STIPULATED, by and between the parties, Plaintiff DISH Network L.L.C. ("DISH") and Defendants Innetra P.C. ("Innetra") and Elna Paulette Belle (collectively "Defendants") (collectively, the "Parties") to allow Defendants a fourteen (14) day extension to file a responsive pleading:

WHEREAS DISH filed its Complaint on May 5, 2025 [Dkt. 1];

WHEREAS on information and belief according to Plaintiff's counsel both Defendants were served on June 5, 2025 with an answer or a responsive pleading due on June 26, 2025;

WHEREAS Torani Law, P.C. has been recently retained by Defendants and needs additional time to review the Complaint and file an answer or a responsive pleading;

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the Parties to this action, through their counsel of record, that good cause exists, and it is therefore in the best interest of all Parties that:

Defendants be provided up to and including July 7, 2025 to file an answer or a responsive pleading.

IT IS SO STIPULATED.

Case 5:25-cv-03933-NW   Document 15   Filed 06/23/25   Page 3 of 5

June 23, 2025                                    By:   /s/Ani Martirosian
                                                 Ani Martirosian
                                                 ani@toranilaw.com
                                                 TORANI LAW, P.C.
                                                 655 North Central Avenue, Floor 17
                                                 Glendale, CA 91203
                                                 Telephone: (818) 254-9555

                                                 Attorney for Defendants Innetra P.C. and
                                                 Elna Paulette Belle

June 23, 2025                                    By:   /s/ Stephen M. Ferguson
                                                 Stephen M. Ferguson (*pro hac vice*)
                                                 stephen.ferguson@hnbllc.com
                                                 Timothy M. Frank (CA Bar No. 263245)
                                                 timothy.frank@hnbllc.com
                                                 HAGAN NOLL & BOYLE LLC
                                                 820 Gessner, Suite 940
                                                 Houston, Texas 77024
                                                 Telephone: (713) 343-0478
                                                 Facsimile: (713) 758-0146

                                                 David A. Van Riper (CA Bar No. 128059)
                                                 dave@vanriperlaw.com
                                                 VAN RIPER LAW
                                                 1254 Irvine Blvd., Suite 200
                                                 Tustin, California 92780
                                                 Telephone: (714) 731-1800
                                                 Facsimile: (714) 731-1811

                                                 Attorneys for Plaintiff Dish Network L.L.C.

2

**JOINT STIPULATION DEFENDANTS' EXTENSION TO FILE A RESPONSIVE PLEADING**

# PROOF OF SERVICE

I am over eighteen (18) years of age, employed in California, and not a party to this action. My business address is 655 N. Central Ave, Floor 17, Glendale, CA 91203. I hereby certify that on June 23, 2025, I served the following documents:

**JOINT STIPULATION TO EXTEND DEFENDANTS' TIME TO FILE A RESPONSIVE PLEADING; [PROPOSED] ORDER**

By delivering the document(s) to:

**Stephen Matthew Ferguson**
Hagan Noll & Boyle LLC
Two Memorial City Plaza
820 Gessner, Suite 940
Houston, TX 77024
(713) 343-0478
Fax: 713-758-0146
Email: stephen.ferguson@hnbllc.com

**Timothy Michael Frank**
Hagan Noll & Boyle LLC
Two Memorial City Plaza
820 Gessner, Suite 940
Houston, TX 77024
(713) 343-0478
Fax: 713-758-0146
Email: timothy.frank@hnbllc.com

**David A Van Riper**
Van Riper Law
1254 Irvine Boulevard
Suite 200
Tustin, CA 92780-3571
714-731-1800
Fax: 714-731-1811
Email: dave@vanriperlaw.com

☑ BY E-MAIL OR ELECTRONIC TRANSMISSION: The document was served on the following via The United States District Court – Northern District's CM/ECF electronic transfer system which generates a Notice of

PROOF OF SERVICE

Electronic Filing upon the parties, the assigned judge, and any registered user in the case:

I declare, under penalty of perjury under the laws of the United States, that the foregoing is true and correct. Executed June 23, 2025.

_____
Ani Martirosian

2
**JOINT STIPULATION DEFENDANTS' EXTENSION TO FILE A RESPONSIVE PLEADING**